

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 23 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 14-0861                    DATE: 3/20/2015
    COA #: 12-14-00208-CV      TC#: 9490
STYLE: IN THE INTEREST OF J.A.R. A/K/A J.A.L., A CHILD


Today the Supreme Court of Texas denied the petition for review in the above-referenced case.



                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702